FILED

MAR 0 3 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RODNEY ALLEN MOATS JR.,<br><br>Defendant. | Criminal No. ~~1:26-CR-~~ 5:26cr5<br><br>Violations: 18 U.S.C. § 876(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Mailing Threatening Communications)

On or about November 4, 2024, defendant **RODNEY ALLEN MOATS JR.**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon; a communication, addressed to the Monongalia County Justice Center, 75 High Street, Suite #12, Morgantown, West Virginia 26505, and containing threats to kill Monongalia County Prosecuting Attorney Gabrielle Mucciola, members of Monongalia County Prosecuting Attorney Gabrielle Mucciola's family, and other people; and to blow up the Monongalia County Justice Center; which was received in Monongalia County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

(Mailing Threatening Communications)

On or about November 4, 2024, defendant **RODNEY ALLEN MOATS JR.**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon; a communication, addressed to the Monongalia County Justice Center, 75 High Street, Suite #12, Morgantown, West Virginia 26505, and containing threats to kill and rape Monongalia County Prosecuting Attorney Gabrielle Mucciola, to kill members of Monongalia County Prosecuting Attorney Gabrielle Mucciola's family, and to kill other people; which was received in Monongalia County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

(Mailing Threatening Communications)

On or about November 4, 2024, defendant **RODNEY ALLEN MOATS JR.**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon; a communication, addressed to the Monongalia County Justice Center, 75 High Street, Suite #12, Morgantown, West Virginia 26505, and containing threats to kill Monongalia County Circuit Court Judge Cindy Scott, law enforcement officers, and other people; and to blow up the Monongalia County Justice Center; which was received in Monongalia County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

(Mailing Threatening Communications)

On or about November 8, 2024, defendant **RODNEY ALLEN MOATS JR.**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon; a communication, addressed to the Monongalia County Clerk at 243 High Street #123, Morgantown, West Virginia 26505, and containing threats to kill the Monongalia County Clerk, Monongalia County Circuit Court Judge Cindy Scott, and other people; and to blow up the Monongalia County Justice Center; which was intercepted after **RODNEY ALLEN MOATS JR.** had placed it in the mail but before it could be delivered by the internal post office of the Northern Correctional Facility, 112 Northern Regional Correction Drive, Moundsville, WV 26041, in Marshall County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

(Mailing Threatening Communications)

On or about November 20, 2024, defendant **RODNEY ALLEN MOATS JR.**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon; a communication, addressed to the Monongalia County Justice Center, 75 High Street, Morgantown, West Virginia 26505, and containing threats to kill and rape Monongalia County Prosecuting Attorney Gabrielle Mucciola, to kill Monongalia County Circuit Court Judge Cindy Scott, to kill other people, and to blow up the Monongalia County Justice Center; which was intercepted after **RODNEY ALLEN MOATS JR.** had placed it in the mail but before it could be delivered, by the internal post office of the Northern Correctional Facility, 112 Northern Regional Correction Drive, Moundsville, WV 26041, in Marshall County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT SIX

(Mailing Threatening Communications)

On or about November 25, 2024, defendant **RODNEY ALLEN MOATS JR.**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon; a communication, addressed to the Monongalia County Clerk at 243 High Street #123, Morgantown, West Virginia 26505, and containing threats to kill the Monongalia County Clerk, members of the Monongalia County Clerk's family, and Monongalia County Circuit Court Judge Cindy Scott; and to blow up the Monongalia County Justice Center; which was received in Monongalia County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

A true bill,

/s/_____
Foreperson

/s/_____
MATTHEW L. HARVEY
United States Attorney

William Rhee
Assistant United States Attorney